DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASAP ULTIMATE RESTORATION CORP.** a/a/o **PAMELA SHIVERS,**
Appellant,

v.

**STATE FARM FLORIDA INSURANCE COMPANY,**
Appellee.

No. 4D2023-1357

[April 25, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kal Evans, Judge; L.T. Case No. COINX22-053526.

Dennis Gonzalez, Jr. of The Law Office of Raphael A. Sanchez, P.A., Miami, for appellant.

Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***